Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  26−12392−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Clara Anne Williams
  1385 Belleview Avenue
  Plainfield, NJ 07060

Social Security No.:
  xxx−xx−1781

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             5/13/26
Time:              08:30 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 23, 2026
JAN:

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-12392-SLM |
| Clara Anne Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2026 | Form ID: 132 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clara Anne Williams, 1385 Belleview Avenue, Plainfield, NJ 07060-2901 |
| 521021006 | + | Christo Joe, 795 Inman Avenue, Colonia, NJ 07067-1438 |
| 521021011 | + | Help U Sell LLC, 795 Inman Avenue, Colonia, NJ 07067-1438 |
| 521021019 | | TD Bank, N.A., Td Bank Usbc, Philadelphia, PA 19176 |
| 521021024 | + | United Wholesale Mortgage, 1414 East Maple Road, Troy, MI 48083-9935 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2026 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2026 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521021007 | | Email/Text: bankruptcycourts@equifax.com | Mar 23 2026 21:33:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 521021008 | | Email/Text: bankruptcycourts@equifax.com | Mar 23 2026 21:33:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 521021009 | ^ | MEBN | Mar 23 2026 21:26:31 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 521021010 | ^ | MEBN | Mar 23 2026 21:25:59 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 521021012 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 23 2026 21:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521021013 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 23 2026 21:33:00 | Mrc/united Wholesale M, Uwm, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 521021014 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 23 2026 21:33:00 | Mrc/united Wholesale M, 8950 Cypress Waters, Coppell, TX 75019-4620 |
| 521021015 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 23 2026 21:33:00 | State of New Jersey Div. of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521021018 | | Email/Text: bankruptcy@td.com | Mar 23 2026 21:34:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 521021016 | + | Email/Text: bncmail@w-legal.com | Mar 23 2026 21:34:00 | Target, co Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 521021017 | + | Email/Text: bncmail@w-legal.com | Mar 23 2026 21:34:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 521021020 | ^ | MEBN | Mar 23 2026 21:26:11 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |

District/off: 0312-2        User: admin        Page 2 of 2

Date Rcvd: Mar 23, 2026        Form ID: 132        Total Noticed: 23

| | | | |
|---|---|---|---|
| 521021021 | ^ MEBN | Mar 23 2026 21:26:19 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 521021022 | Email/Text: bankruptcy@uwm.com | Mar 23 2026 21:33:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Pontiac, MI 48341 |
| 521021025 | ^ MEBN | Mar 23 2026 21:27:12 | United Wholesale Mortgage, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521021023 | ^ MEBN | Mar 23 2026 21:26:22 | United Wholesale Mortgage, Po Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Clara Anne Williams ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4