| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br><br>IN RE:<br><br>   CLARA ANNE WILLIAMS | **Order Filed on May 28, 2026**<br>**by Clerk,**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>**Case No.:  26-12392 SLM**<br><br>**Hearing Date:  5/27/2026**<br><br>**Judge:  STACEY L. MEISEL** |

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: May 28, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  26-12392 SLM

Caption of Order:        ORDER CONFIRMING PLAN

_____

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 3/20/2026, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 4/1/2026, the Debtor shall pay the Standing Trustee

   the sum of $200.00 for a period of 36 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 100% of their timely filed claims; and it is further

- ORDERED, that the Debtor must sell property  by 12/1/2026 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that the mortgage arrears are to be paid inside the plan pending a sale; and it is further

- ORDERED, that the Debtor must file an application to retain a realtor and listing agreement in support by 6/29/2026 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to Debtor(s) and Debtor's attorney; and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $4,750.00.  The unpaid balance of the allowed fee in the amount of $2,750.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 26-12392-SLM

Clara Anne Williams                                                                                   Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                              Page 1 of 1

Date Rcvd: May 29, 2026                            Form ID: pdf903                                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID                          Recipient Name and Address**
db                          + Clara Anne Williams, 1385 Belleview Avenue, Plainfield, NJ 07060-2901

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name                          Email Address**

David G. Beslow

    on behalf of Debtor Clara Anne Williams ecf@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Marie-Ann Greenberg

    magecf@magtrustee.com

Matthew K. Fissel

    on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4