Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  26−12392−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Clara Anne Williams
1385 Belleview Avenue
Plainfield, NJ 07060

Social Security No.:
xxx−xx−1781

Employer's Tax I.D. No.:

---

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 28, 2026.

Dated: May 28, 2026
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 26-12392-SLM

Clara Anne Williams                                                                 Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                              Page 1 of 2

Date Rcvd: May 29, 2026                     Form ID: plncf13                         Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clara Anne Williams, 1385 Belleview Avenue, Plainfield, NJ 07060-2901 |
| 521021006 | + | Christo Joe, 795 Inman Avenue, Colonia, NJ 07067-1438 |
| 521021011 | + | Help U Sell LLC, 795 Inman Avenue, Colonia, NJ 07067-1438 |
| 521021019 | | TD Bank, N.A., Td Bank Usbc, Philadelphia, PA 19176 |
| 521021024 | + | United Wholesale Mortgage, 1414 East Maple Road, Troy, MI 48083-9935 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 29 2026 06:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 29 2026 06:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521206677 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | May 29 2026 06:03:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 521021007 | | Email/Text: bankruptcycourts@equifax.com | May 29 2026 06:04:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 521021008 | | Email/Text: bankruptcycourts@equifax.com | May 29 2026 06:04:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 521021009 | ^ | MEBN | May 29 2026 05:53:20 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 521021010 | ^ | MEBN | May 29 2026 05:52:46 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 521021012 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 29 2026 06:04:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521021013 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2026 06:03:00 | Mrc/united Wholesale M, Uwm, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 521021014 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2026 06:03:00 | Mrc/united Wholesale M, 8950 Cypress Waters, Coppell, TX 75019-4620 |
| 521021015 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 29 2026 06:03:00 | State of New Jersey Div. of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521021018 | | Email/Text: bankruptcy@td.com | May 29 2026 06:04:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 521021016 | + | Email/Text: bncmail@w-legal.com | May 29 2026 06:04:00 | Target, co Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 521021017 | + | Email/Text: bncmail@w-legal.com | May 29 2026 06:04:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |

District/off: 0312-2                                   User: admin                                        Page 2 of 2
Date Rcvd: May 29, 2026                                Form ID: plncf13                                 Total Noticed: 24

| | | | | |
|---|---|---|---|---|
| 521021020 | ^ MEBN | | May 29 2026 05:52:53 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 521021021 | ^ MEBN | | May 29 2026 05:53:01 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 521021022 | Email/Text: bankruptcy@uwm.com | | May 29 2026 06:04:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Pontiac, MI 48341 |
| 521021025 | ^ MEBN | | May 29 2026 05:53:38 | United Wholesale Mortgage, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521021023 | ^ MEBN | | May 29 2026 05:53:05 | United Wholesale Mortgage, Po Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Clara Anne Williams ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4