UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY (NEWARK)

IN RE:      (Debtors' names)                                    CHAPTER 13
Clara Anne Williams                                             CASE NO: 26-12392

## NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| | |
|---|---|
| **Business Name or Full Name of Creditor** (please print legibly or type):<br><br> TD Bank USA, N.A. | |
| **Old Payment Address** (or address to be replaced):<br><br> TD BANK, N.A.<br> Attn: Bankruptcy<br> 1701 Rt. 70 East<br> CHERRY HILL, NJ 08003 | **New Payment Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br> c/o Weinstein & Riley, P.S.<br> P.O. Box 93024<br> Las Vegas, NV 89193-3024 |
| **Old Notice Address** (or address to be replaced):<br><br> TD BANK, N.A.<br> Attn: Bankruptcy<br> 1701 Rt. 70 East<br> CHERRY HILL, NJ 08003 | **New Notice Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br> c/o Weinstein & Riley, P.S.<br> 749 Gateway<br> Suite G-601<br> Abilene, TX 79602 |
| Date: 06/17/2026 | /s/ Jordan Morrison<br>**Signature of person submitting change of address**<br>Name: Jordan Morrison<br>Address: c/o Weinstein & Riley, P.S.<br>749 Gateway, Suite G-601<br>Abilene, TX 79602<br>Phone #: (877) 332-3543 |

**THIS CHANGE APPLIES TO (CHECK ONE): X       THIS CASE ONLY;
AT PRIOR ADDRESS.**

48269865