Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26–12392–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Clara Anne Williams
1385 Belleview Avenue
Plainfield, NJ 07060

Social Security No.:
xxx–xx–1781

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/22/26 at 10:00 AM

to consider and act upon the following:

*30* – Certification of Default of Standing Trustee. re: Fail to Retain Realtor Report. Filed by Marie–Ann Greenberg. Objection deadline is 7/14/2026. (Attachments: # 1 Certification of Default Generic – Proposed Order) (Greenberg, Marie–Ann)

*32* – Certification in Opposition to (related document:30 Certification of Default of Standing Trustee. re: Fail to Retain Realtor Report. Filed by Marie–Ann Greenberg. Objection deadline is 7/14/2026. (Attachments: # 1 Certification of Default Generic – Proposed Order) filed by Trustee Marie–Ann Greenberg) filed by David G. Beslow on behalf of Clara Anne Williams. (Beslow, David)

Dated: 7/7/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court