**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

  CLARA ANNE WILLIAMS

**Order Filed on July 23, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  26-12392 SLM**

**Hearing Date:  7/22/2026**

## INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 23, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): CLARA ANNE WILLIAMS

Case No.: 26-12392

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

_____

THIS MATTER having come before the Court on 07/22/2026 on notice to GOLDMAN &

BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) file an application to retain a realtor and the listing agreement must be

  re-filed in support of the application by 7/27/2026 or the case will be dismissed upon the Trustee

  submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and

  it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 9/9/2026 at 10:00 am.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 26-12392-SLM

Clara Anne Williams                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                          Page 1 of 2

Date Rcvd: Jul 24, 2026                    Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

**Recip ID                    Recipient Name and Address**
db                    +    Clara Anne Williams, 1385 Belleview Avenue, Plainfield, NJ 07060-2901

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

**Name                          Email Address**

David G. Beslow
                    on behalf of Debtor Clara Anne Williams ecf@goldmanlaw.org
                    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

J. Eric Kishbaugh
                    on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. jkishbaugh@udren.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

Matthew K. Fissel
                    on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. bkgroup@kmllawgroup.com,
                    matthew.fissel@brockandscott.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2

User: admin

Page 2 of 2

Date Rcvd: Jul 24, 2026

Form ID: pdf903

Total Noticed: 1

TOTAL: 5