Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−12392−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Clara Anne Williams
1385 Belleview Avenue
Plainfield, NJ 07060

Social Security No.:
xxx−xx−1781

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/12/26 at 10:00 AM

to consider and act upon the following:

*40* − Application For Retention of Professional Henry E. Dixon, Jr. as Realtor Filed by David G. Beslow on behalf of Clara Anne Williams. Objection deadline is 8/4/2026. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Beslow, David)

*41* − Objection to Application for Retention of Professional (related document:40 Application For Retention of Professional Henry E. Dixon, Jr. as Realtor Filed by David G. Beslow on behalf of Clara Anne Williams. Objection deadline is 8/4/2026. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Clara Anne Williams) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/30/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court