# BROKERAGE SERVICES AGREEMENT

**(SALE/RENTAL LISTING AGREEMENT)**

*This Listing Agreement ("Listing Agreement" or "Agreement") is intended for use by participants of Garden State Multiple Listing Service, L.L.C. (also referred to in this Agreement as the "Service" and "GSMLS") with respect to properties being listed for sale or rental with the Service.*

**1. PARTIES:**

**Principal(s)** (also collectively referred to in this Agreement as "Owner", "Seller/Landlord" or "you"):

Owner's Name(s): CLARA WILLIAMS

Owner's Address: 1385 BELLEVIEW AVENUE PLAINFIELD, NJ. 07060

Owner's Tele. No.: ((862) 205-1282

Owner's Email Address: ______

**Brokerage Firm** (also referred to in this Agreement as "Listing Broker"):

Brokerage Firm Name: ERA REED REALTY, INC.

Brokerage Firm Address: 11 SOMERST PLACE N. PLAINFIELD, NJ. 07060

Brokerage Firm Tele. No.: (908) 769-0011

Brokerage Firm Fax No.: (908) 753-7877

**2. PROPERTY:** 1383-85 & 1387-89 BELLEVIEW AV PLAINFIELD, NJ. 07060

**3. LISTING PRICE:** SALE: $ 689,900. RENTAL: $ N/A

**4. TERM OF AGREEMENT:** From "Commencement Date" July 03, 2026 to "Expiration Date" June 30, 2027

**5. AGENCY DISCLOSURE:**

**A. ACKNOWLEDGMENT OF RECEIPT OF THE CONSUMER INFORMATION STATEMENT ON NEW JERSEY REAL ESTATE RELATIONSHIPS.** Owner acknowledges receipt of a copy of the Consumer Information Statement on New Jersey Real Estate Relationships.

**B. AGENCY RELATIONSHIP.**

Listing Broker intends, as of this time, to work with you as a: **(Check only one line)**

_____ Seller's/Landlord's Agent only (SA)

_____ Transaction Broker (TB)

_X_ Seller's/Landlord's Agent and Disclosed Dual Agent if the opportunity arises (DD) *(You acknowledge that a disclosed dual agent shall not advocate terms favorable to one principal to the detriment of the other principal.)*

_____ Seller's/Landlord's Agent and Designated Agency if the opportunity arises (DA) *(You acknowledge that if a Designated Agency is established Brokerage Firm itself will act as a Disclosed Dual Agent.)*

and Owner hereby appoints Listing Broker to represent Owner in this capacity.

This agency relationship is **(check only one)**: exclusive _X_ or nonexclusive _____.

***NOTE:*** ***A listing broker must have the exclusive right to list a property in order to submit a listing for that property to the Service. If the agency relationship is nonexclusive, a different Listing Agreement should be used.***

**6. GRANT OF EXCLUSIVE RIGHT TO SELL, LEASE, EXCHANGE OR OTHERWISE TRANSFER AND TO MULTIPLE LIST PROPERTY.** In consideration of the Listing Broker listing and endeavoring to find Buyers/Tenants for the Property at the Listing Price, OWNER (or their legally authorized representative) grants the Listing Broker the exclusive right to sell, lease, exchange or otherwise transfer the Property, at the Listing Price and on the terms as stated in this Agreement, or upon such other price and/or terms as may be acceptable to the Owner. The Listing Broker is directed by the Owner to list the Property with the Service and to distribute this listing to Service participants.

**7. PROPERTY CONDITION DISCLOSURE STATEMENT.** Owner acknowledges receipt of a copy of the Property Condition Disclosure Statement. Owner agrees to provide the Listing Broker with a completed (all information filled in) and signed copy of the Property Condition Disclosure Statement.

**8. SIGN AUTHORIZATION.** The Owner authorizes the Listing Broker to place a real estate sign on the Property. The Owner agrees not to place Owner's or any other "For Sale/For Lease" sign on the Property during the term of this Agreement.

**9. KEYBOX.** Owner **(check only one)** _X_ does / _____ does not authorize the Listing Broker to place a GSMLS Keybox on the Property to aid in the showing of the Property.

Initials CW ____ ____ ____ ____ ____

**10. COMPENSATION:**

**COMMISSION OR FEE DISCLOSURE. AS SELLER YOU HAVE THE RIGHT TO INDIVIDUALLY REACH AN AGREEMENT ON ANY FEE, COMMISSION, OR OTHER VALUABLE CONSIDERATION WITH ANY BROKER. NO FEE, COMMISSION OR OTHER CONSIDERATION HAS BEEN FIXED BY ANY GOVERNMENTAL AUTHORITY OR BY ANY TRADE ASSOCIATION OR MULTIPLE LISTING SERVICE. BROKER COMPENSATION IS FULLY NEGOTIABLE AND NOT SET BY LAW.**

Nothing herein is intended to prohibit an individual Broker from independently establishing a policy regarding the amount of fee, commission or other valuable consideration to be charged in transactions by the Broker.

**A. COMPENSATION (COMMISSION) AMOUNT:** You agree to compensate the Listing Broker as follows:

| SALE COMMISSION: | RENTAL COMMISSION: |
|---|---|
| Percentage of Sale Price (Specify): 4% | Percentage of Rental Price (Specify): N/A |
| Flat Fee (Specify): ______ | Flat Fee (Specify): ______ |
| Other Method (Specify): ______ | Other Method (Specify): ______ |

*If this Listing Agreement is for the sale of the Property only, Owner agrees not to list the Property for rental with any other Broker during the term of this Listing Agreement. If this Listing Agreement is for the rental of the Property only, Owner agrees not to list the property for sale with any other Broker during the term of this Listing Agreement.*

**B. PAYMENT OF COMPENSATION (COMMISSION).** The Owner agrees to pay the Listing Broker (or as the Listing Broker may direct) the Commission if the Property is sold, leased, exchanged or otherwise transferred by/through the Listing Broker, or through any other source (including the direct sale/lease by the Owner) before the Expiration Date.

The Commission shall be earned when a ready, willing and able Buyer/Tenant is produced and shall be paid at the time of the transfer of the Property or signing of the lease. The Owner agrees and acknowledges that the dollar amount of the Commission shall be a lien (a legal claim) on the purchase money proceeds derived from the sale of the Property. The Owner, by executing this Agreement, authorizes and directs the party disbursing the closing proceeds to pay to the Broker(s) the full Commission as set forth above out of the proceeds of the sale, prior to the payment of any funds to the Owner or other lienholders. In the event the Property is sold to the Tenant during the term of its Tenancy, the Sale Commission shall be paid by the Owner to the Listing Broker if sold to the Tenant by (specify) N/A.

Owner consents to the Listing Broker receiving compensation from more than one party to a transaction.

In the event the Commission due the Listing Broker from the Owner is not paid per the terms of this Agreement, the Owner agrees to pay all expenses, including reasonable attorney's fees incurred by the Listing Broker, relating to the collection of the Commission.

**C. REFERRING INTERESTED BUYERS TO LISTING BROKER/NEGOTIATIONS THROUGH LISTING BROKER.** The Owner shall refer to the Listing Broker every prospective Buyer/Tenant who contacts the Owner during the term of this Agreement. The Owner directs that all negotiations for the purchase or lease of the Property shall be conducted through the Listing Broker.

**D. BROKER PROTECTION.** Owner agrees to pay the Listing Broker the Commission if the Owner, acting on the Owner's own behalf, within (specify) 30 days after the Expiration Date conveys or agrees to convey the Property to any Buyer shown the Property by the Listing Broker or any person during the term of this Listing Agreement. This clause shall not apply if the property has been listed by the Owner with another broker by written agreement.

**11. SHARING OF COMPENSATION (COMMISSION SPLITS).**

***NOTE: INFORMATION RELATING TO THE SHARING OF COMPENSATION/COMMISSION SPLITS IS NOT SUBMITTED TO THE SERVICE. IF THE SHARING OF COMPENSATION IS CONSENTED TO BY THE OWNER, INFORMATION RELATING TO THE SHARING OF COMPENSATION/COMMISSION SPLITS WILL BE COMMUNICATED TO COOPERATING BROKERS BY THE LISTING BROKER THROUGH OTHER MEANS.***

COMMISSION SPLITS

LISTING BROKERS USUALLY COOPERATE WITH OTHER BROKERAGE FIRMS BY SHARING INFORMATION ABOUT THEIR LISTINGS AND OFFERING TO PAY PART OF THEIR COMMISSION TO THE FIRM THAT PRODUCES A BUYER. THIS IS GENERALLY REFERRED TO AS THE "COMMISSION SPLIT".

SOME LISTING BROKERS OFFER TO PAY COMMISSION SPLITS OF A PORTION OF THE GROSS COMMISSION, USUALLY EXPRESSED AS A PERCENTAGE OF THE SELLING PRICE, LESS A SIGNIFICANT DOLLAR AMOUNT. OTHER LISTING BROKERS OFFER A PORTION OF THE GROSS COMMISSION LESS ONLY A MINIMAL LISTING FEE OR LESS ZERO.

THE AMOUNT OF COMMISSION SPLIT YOUR BROKER OFFERS CAN AFFECT THE EXTENT TO WHICH YOUR PROPERTY IS EXPOSED TO PROSPECTIVE BUYERS WORKING WITH LICENSEES FROM OTHER BROKERAGE FIRMS.

ON THIS LISTING, THE BROKER IS OFFERING A COMMISSION SPLIT OF (i) 1.5% MINUS $100 OR (ii) AS SET FORTH BELOW TO POTENTIAL COOPERATING BROKERS.

IF YOU FEEL THAT THIS MAY RESULT IN YOUR PROPERTY RECEIVING LESS THAN MAXIMUM EXPOSURE TO BUYERS, YOU SHOULD DISCUSS THOSE CONCERNS WITH THE LISTING SALESPERSON OR HIS/HER SUPERVISING BROKER.

BY SIGNING THIS LISTING AGREEMENT THE OWNER(S) ACKNOWLEDGE HAVING READ THIS STATEMENT ON COMMISSION SPLITS.

**A. CONSENT TO SHARING COMPENSATION (COMMISSION SPLIT).**
OWNER (select only one) X does / ________ does not consent to the sharing of compensation between brokerage firms (the offering of a commission split to cooperating brokers).

**B. OFFER OF COMPENSATION (COMMISSION SPLIT).**
ONLY IF OWNER has consented to the sharing of compensation between brokerage firms, Owner authorizes the Listing Broker to offer compensation as follows: (Check and Complete Appropriate Line(s))

| SALE TRANSACTIONS: | | RENTAL TRANSACTIONS: | |
|---|---|---|---|
| To: Subagents: Yes/Offer: ________ | No: X | To: Subagents: Yes/Offer: ________ | No: X |
| To: Buyer Brokers: Yes/Offer: 1.5%-$100 | No: ____ | To: Tenant Brokers: Yes/Offer: ________ | No: X |
| To: Transaction Brokers: Yes/Offer: 1.5%-$100 | No: ____ | To: Transaction Brokers: Yes/Offer: ________ | No: X |

**12. OWNER(S) LIABILITY.** The OWNER(S) hold harmless and indemnify the Listing and Cooperating Brokers against loss or damage resulting directly from any condition of the Property not disclosed to the Listing Broker or from the Owner's use of/or acts in the showing and inspection of the Property.

**13. OWNERSHIP, LIENS AND MORTGAGES.** The Owner(s) represent that they are the sole owner(s) of the Property, the Owner(s) have the legal right to sell or lease the Property, and that to the best of their knowledge they have Marketable Title to the Property. The Owner(s) further represent that after a sale at the Listing Price there will be sufficient proceeds to discharge all liens and encumbrances and to pay the Commission stated in this Agreement.

**14. NO ENVIRONMENTAL HAZARDS.** The Owner(s) are not aware of any environmental hazards relating to the Property, or proceedings regarding such hazards which are now pending or threatened with regard to the Property.

**15. NOT CURRENTLY LISTED.** The Owner represents that the Property is not currently listed with any other Broker.

**16. ACCURACY OF INFORMATION.** The information contained in this Agreement and on the attached Listing Input Sheets has been furnished by the Owner who states it is correct to the best of Owner's knowledge and belief, and the compilation by the Broker for the Service is not to be deemed a representation as to the accuracy of the information provided.

**17. ACKNOWLEDGMENT OF RECEIPT OF FULLY SIGNED AGREEMENT/LISTING INPUT SHEETS.**
The Owner acknowledges that this Agreement has been read by the Owner and that Owner understands its contents. Owner has received a copy of this Agreement and the attached Listing Input Sheets, which are incorporated herein and made part of this Agreement. Owner acknowledges having read and approved the attached Listing Input Sheet(s) and represents that they are accurate.

**18. ACKNOWLEDGMENT OF RECEIPT OF THE NEW JERSEY ATTORNEY GENERAL'S SUMMARY OF THE NEW JERSEY LAW AGAINST DISCRIMINATION AND AGREEMENT TO ABIDE BY THE LAW.**
The Owner acknowledges receipt of the New Jersey Attorney General's Summary of the New Jersey Law Against Discrimination, and further acknowledges that Owner has reviewed this Summary and agrees to abide by the terms and conditions of the Law Against Discrimination.

**SIGNATURES:**

**Principals (Owner(s)):**

Owner: [signature] Date: 7/2/26

Owner: ________ Date: ______

Owner: ________ Date: ______

Owner: ________ Date: ______

**Brokerage Firm (Must Be Accepted By Authorized Representative Of Brokerage Firm):**

Listing Agent: [signature] Date: 7/2/26

(Print Name): HENRY E. DIXON, JR. GSMLS ID#: 242284

Accepted by: [signature] Date: 7/2/26
*(Authorized Representative of Brokerage Firm)*

(Print Name): JESSIE LIZARDO GSMLS ID#: 0034

*THIS FORM OF AGREEMENT HAS BEEN APPROVED SOLELY FOR THE EXCLUSIVE USE OF BROKERS WHO PARTICIPATE IN GSMLS. ANY USE OF THIS AGREEMENT BY ANY PERSON NOT AUTHORIZED OR PERMITTED TO UTILIZE THE SERVICE IS EXPRESSLY PROHIBITED. THIS AGREEMENT MAY ONLY BE REPRODUCED WITH THE WRITTEN CONSENT OF THE SERVICE.*


*Copyright © 2024 NEWMLS, L.L.C. d/b/a Garden State Multiple Listing Service, L.L.C.*


Printed Using formsRus.com On-Line Forms Software 8/24

GARDEN STATE MULTIPLE LISTING SERVICE, L.L.C.

**ADDENDUM TO LISTING AGREEMENT (Revised 1-19-11)**

Disclosure of Owner's Name and Phone Number

Property Address: 1383-85 & 1387-89 BELLEVIEW AVENUE, Plainfield, New Jersey 07060

Listing Broker hereby advises Owner that Owner's name and phone number will be displayed in the listing distributed to service participants. In the event Owner wishes that Owner's name or phone number not be displayed in the listing, Owner must expressly instruct the Listing Broker as indicated below.

Withholding of Name and Phone Number: Owner hereby instructs Listing Broker: (Initial where applicable)

✓ not to display Owner's name

✓ not to display Owner's phone number

in the listing distributed to Service participants.

CLARA WILLIAMS
Owner 1 Print Name

[signature] 7/2/2026
Owner 1 Signature Date

Owner 2 Print Name

Owner 2 Signature Date

NEW JERSEY REALTORS

# NEW JERSEY REALTORS® STANDARD FORM OF INFORMED CONSENT TO DUAL AGENCY (SELLER)

©2001, New Jersey REALTORS®, INC.

**PROPERTY ADDRESS:** 1383-85 & 1387-89 Belleview Ave, Plainfield, New Jersey. 07060

This Agreement evidences Seller's consent that the Brokerage Firm, as Seller's Agent, may act as a Disclosed Dual Agent in order to represent both Seller and Buyer in the same real estate transaction, and seeks Seller's consent to allow Seller's Agent to act as a Disclosed Dual Agent when the opportunity arises. Seller should be aware that a real estate licensee may legally act as a Disclosed Dual Agent only with Seller's and Buyer's informed written consent.

Seller understands that Disclosed Dual Agency (representing more than one party to a transaction) has the potential of creating a conflict of interest in that both Seller and Buyer may intend to rely on the Seller's Agent's advice, and their respective interests may be adverse to each other. Therefore, when acting as a Disclosed Dual Agent, Seller's Agent will not represent the interests of Buyer to the exclusion or detriment of the interests of a Seller; nor will Seller's Agent represent the interests of Seller to the exclusion and detriment of the interests of Buyer.

As a Disclosed Dual Agent of both the Seller and the Buyer, Seller's Agent will be working equally for both parties to the real estate transaction and will provide services to complete the transaction without the full range of fiduciary duties ordinarily owed by an agent who represents Seller alone, or the Buyer alone. In the preparation of offers and counteroffers between Seller and Buyer, Seller's Agent will act only as an intermediary to facilitate the transaction rather than as an active negotiator representing either the Seller or Buyer in a fiduciary capacity. By consenting to this dual agency, Seller is giving up the right to undivided loyalty and will be owed only limited duties of disclosure by the Seller's Agent.

For example, Seller acknowledges that Seller's Agent, as a Disclosed Dual Agent, is not permitted, under law, to disclose to either Seller or Buyer any confidential information which has been, or will be communicated to Seller's Agent by either of the parties to the transaction. Moreover, Seller's Agent is not permitted to disclose (without the express written permission of the Seller) to the Buyer that such Seller will accept a price less than the full listing price. Nor will Seller's Agent disclose (without the express written permission of the Buyer) to the Seller that Buyer will pay a sum greater than the price offered by Buyer. It is also impermissible for Seller's Agent to advise or counsel either the Seller or Buyer on how to gain an advantage at the expense of the other party on the basis of confidential information obtained from or about the other party.

Seller acknowledges receipt of the Consumer Information Statement on New Jersey Real Estate Relationships.

I, Henry E. Dixon, Jr. (Name of Licensee) AS AN AUTHORIZED REPRESENTATIVE OF ERA Reed Realty, Inc. (Name of Firm) INTEND, AS OF THIS TIME, TO WORK WITH YOU (SELLER) AS A SELLER'S AGENT AND DISCLOSED DUAL AGENT IF THE OPPORTUNITY ARISES.

**If Seller does not understand all of the provisions of this Informed Consent to Dual Agency, legal advice should be sought before signing.**

By signing below, Seller acknowledges that Seller has read and understood this Informed Consent to Dual Agency and gives consent to Seller's Agent to act as a Disclosed Dual Agent.

| | |
|---|---|
| [signature] | ERA Reed Realty, Inc. |
| SELLER'S SIGNATURE | BROKERAGE FIRM |
| | 11 Somerset Place, 2nd Floor |
| SELLER'S SIGNATURE | ADDRESS |
| | N. Plainfield, New Jersey 07060 |
| | CITY, STATE, ZIP CODE |
| 7/2/2026 | [signature] |
| DATE | SALESPERSON'S SIGNATURE |





Form Simplicity