UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
Tel. 973-677-9000

David G. Beslow, Esq. #DGB-5300
Attorneys for Debtors,

In Re:

CLARA ANNE WILLIAMS

Case No.: 26-12392

Chapter: 13

Hearing Date: ____________________

Judge: SLM

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

Matter: Application for Retention of Professional #40

Date: 08/25/2026

/s/David G.Beslow
Signature