UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
United Wholesale Mortgage, LLC

**Order Filed on September 8, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Clara Anne Williams
Debtor
James R. Williams
Co-Debtor

Case No.: 26-12392 SLM

Chapter: 13

Hearing Date: 8/26/2026 @ 10am

Judge: Stacey L. Meisel

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 8, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, United Wholesale Mortgage, LLC, Matthew Fissel appearing, upon a motion to vacate the automatic stay as to real property located at 1383 Belleview Ave 85, Plainfield, NJ 07060, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and David G. Beslow Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 19, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due April 2026 through August 2026 for a total post-petition default of $10,175.20 (5 @ $2,035.04); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $10,175.20 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor must file a modified plan to account for same within 14 days of entry of the Order or the case will be dismissed with no further notice or hearing upon the submission of order by either the Secured Creditor or the Standing Trustee; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2026, directly to Secured Creditor's servicer, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $550.00 for attorneys' fees and $199.00 for filing fees, totaling $749.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.