Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−12392−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Clara Anne Williams
1385 Belleview Avenue
Plainfield, NJ 07060

Social Security No.:
xxx−xx−1781

Employer's Tax I.D. No.:

---

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on May 28, 2026.

On 9/16/26 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date: October 14, 2026
Time: 09:45 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 17, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-12392-SLM
Clara Anne Williams Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Sep 17, 2026 Form ID: 185 Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clara Anne Williams, 1385 Belleview Avenue, Plainfield, NJ 07060-2901 |
| r | + | Henry E. Dixon Jr, Era Reed Realty, Inc, 11 Somerset Place, North Plainfield, NJ 07060-4833 |
| 521021006 | + | Christo Joe, 795 Inman Avenue, Colonia, NJ 07067-1438 |
| 521021011 | + | Help U Sell LLC, 795 Inman Avenue, Colonia, NJ 07067-1438 |
| 521021019 | | TD Bank, N.A., Td Bank Usbc, Philadelphia, PA 19176 |
| 521021024 | + | United Wholesale Mortgage, 1414 East Maple Road, Troy, MI 48083-9935 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 17 2026 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 17 2026 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521206677 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Sep 17 2026 21:04:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 521021007 | | Email/Text: bankruptcycourts@equifax.com | Sep 17 2026 21:04:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 521021008 | | Email/Text: bankruptcycourts@equifax.com | Sep 17 2026 21:04:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 521021009 | ^ | MEBN | Sep 17 2026 20:59:28 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 521021010 | ^ | MEBN | Sep 17 2026 20:58:59 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 521021012 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2026 21:04:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521021013 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 17 2026 21:04:00 | Mrc/united Wholesale M, Uwm, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 521021014 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 17 2026 21:04:00 | Mrc/united Wholesale M, 8950 Cypress Waters, Coppell, TX 75019-4620 |
| 521021015 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 17 2026 21:04:00 | State of New Jersey Div. of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521021018 | + | Email/Text: bncmail@w-legal.com | Sep 17 2026 21:05:00 | TD Bank, N.A., c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602-1196 |
| 521021016 | + | Email/Text: bncmail@w-legal.com | Sep 17 2026 21:04:00 | Target, co Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 521021017 | + | Email/Text: bncmail@w-legal.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 17 2026 21:04:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 521021020 | ^ | MEBN | Sep 17 2026 20:59:08 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 521021021 | ^ | MEBN | Sep 17 2026 20:59:16 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 521021022 | | Email/Text: bankruptcy@uwm.com | Sep 17 2026 21:04:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Pontiac, MI 48341 |
| 521021025 | ^ | MEBN | Sep 17 2026 20:59:54 | United Wholesale Mortgage, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521021023 | ^ | MEBN | Sep 17 2026 20:59:23 | United Wholesale Mortgage, Po Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Clara Anne Williams ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| J. Eric Kishbaugh | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. jkishbaugh@udren.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5